IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.,* Owen Kirk Staggs, | ) | |
| | ) | |
| Plaintiff/Relator, | ) | CIVIL CASE No.: 3:19-cv-0190 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| LINCARE HOLDINGS, INC., LINCARE, INC., | ) | |
| AMERICAN HOMEPATIENT, INC., | ) | |
| and LINDE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.01(h), the United States of America hereby moves this Court to substitute Kara F. Sweet as counsel of record for the United States, and respectfully requests that Kaitlin E. Hazard be terminated as counsel of record in this matter.

        Respectfully submitted,

        MARY JANE STEWART
        Acting United States Attorney
        Middle District of Tennessee

By:    s/Kara F. Sweet
        KARA F. SWEET
        Assistant U.S. Attorney
        110 9th Avenue South, Suite A-961
        Nashville, Tennessee 37203-3870
        (615) 736-5151
        kara.sweet@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a copy of the foregoing Motion for Substitution of Counsel was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via First Class U.S. Mail, postage prepaid, and/or via email on the following:

Jessica F. Salonus
THE SALONUS FIRM, PLC
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Email: jsalonus@salonusfirm.com

Jerry E. Martin
Seth M. Hyatt
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
Phillips Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219
Email: jmartin@barrettjohnston.com
Email: shyatt@barrettjohnston.com

Justin S. Gilbert
GILBERT MCWHERTER
SCOTT BOBBITT, PLC
200 W. Martin Luther King Boulevard
10th Floor, Suite 106
Chattanooga, Tennessee 37402
Email: jgilbert@gilbertfirm.com

       s/Kara F. Sweet
       KARA F. SWEET
       Assistant United States Attorney

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with copies of the Motion.