IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* OWEN KIRK STAGGS, ) <br> ) <br> Plaintiff/Relator, ) <br> ) <br> v. ) <br> ) <br> LINCARE HOLDINGS, INC., LINCARE, INC., ) <br> AMERICAN HOMEPATIENT, INC., ) <br> and LINDE GROUP, ) <br> ) <br> Defendants. ) | CIVIL CASE No.: 3:19-cv-0190 <br> JUDGE TRAUGER <br> <br> **FILED UNDER SEAL** |

## ORDER GRANTING UNITED STATES' *EX PARTE* MOTION FOR AN EXTENSION OF TIME TO CONSIDER INTERVENTION

Upon consideration of the United States' *ex parte* motion pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time in which to determine whether to intervene in the above-captioned action, and for good cause shown:

**IT IS HEREBY ORDERED** that the United States shall have until and including August 26, 2022, to notify the Court of its decision regarding intervention;

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal until and including August 26, 2022 as previously ordered by and until further order of the Court.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge