IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* OWEN KIRK STAGGS,<br><br>　　　　Plaintiff/Relator,<br><br>v.<br><br>LINCARE HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | CIVIL CASE No.: 3:19-cv-0190<br>JUDGE TRAUGER<br><br>**FILED UNDER SEAL** |

## ORDER

Relator having voluntarily dismissed this action brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, and the United States having provided its written consent to such dismissal and the basis therefore, and the Court having found that dismissal is warranted for the reasons stated by the United States,

IT IS ORDERED that:

1. This action is dismissed with prejudice as to Relator, and without prejudice as to the United States.

2. Docket entries 1-4, 6-7, 9-11, 13-14, 16-17, 19-21, 23-26, 28-31, 33 shall be unsealed;

3. The memoranda in support of the motions of the United States for an extension of time to consider whether to intervene and for a partial seal lift (ECF Nos. 5, 8, 12, 15, 18, 22, 27, and 32) shall remain under seal and shall not be made public; and

3. The seal shall be lifted as to all other matters occurring in this action.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE